HARTFORD FIRE INSURANCE COM-
PANY, Appellant,

v.

Don WILSON and Florence Wilson,
Appellees.

No. 13431.

United States Court of Appeals
Sixth Circuit.

Oct. 25, 1958.

Schmidt, Smith, Howlett & Halliday, Grand Rapids, Mich., for appellant.

Heilman & Purcell, Saginaw, Mich., for appellees.

Before SIMONS and MARTIN, Circuit Judges, and JONES, District Judge.

PER CURIAM.

This cause came on to be heard on the oral arguments and printed briefs of the attorneys for the respective parties and upon the record in the cause;

And it appearing that the verdict of the jury, upon which judgment in favor of the plaintiffs for $2,876.53 was entered, was supported by substantial evidence to the effect that the property damage to the plaintiffs' property resulted from windstorm within the protection of the policy;

And it appearing further that no reversible error inheres in the rulings upon the evidence, in the charge of the court, or in the conduct of the proceedings;

The judgment of the district court is affirmed.